**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-00174-RPM-CBS

VALERIE JONES,

    Plaintiff,

v.

UNITED RECOVERY SYSTEMS, LP, a Texas limited partnership,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

Pursuant to the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is

ORDERED that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

DATED: March 21st, 2008

        BY THE COURT:

        s/Richard P. Matsch
        _____
        U.S. DISTRICT JUDGE